UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESHAWN MAURICE HARRELL,

Plaintiff,

v.

JUDGE DUNLEAVY, et al.,

Defendants.

Case No. 25-cv-08502-NW

**JUDGMENT**

Pursuant to the order filed earlier today, this case is **DISMISSED**.

**IT IS SO ORDERED.**

Dated: January 27, 2026

Noël Wise
United States District Judge